IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVETTE BLASSINGAME :
: CIVIL ACTION
v. :
: NO. 17-1351
SOVEREIGN SECURITY, LLC :

## ORDER

AND NOW, this 7th day of August, 2017, upon consideration of defendant Sovereign Security, LLC's motion to dismiss the amended complaint, Dkt. No. 11, plaintiff's response, Dkt. No. 12, and defendant's reply brief, Dkt. No. 13, it is ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

    1.    The motion to dismiss Counts I, II, V, VI and IX of the amended complaint is GRANTED and these counts are DISMISSED WITH PREJUDICE.

    2.    The motion to dismiss Counts III, IV, VII and VIII of the amended complaint is DENIED.

                                                   _/s/ Thomas N. O'Neill, Jr._
                                                  THOMAS N. O'NEILL, JR., J.